No. 186. OHIO TANK CAR Co. *v.* KEITH RAILWAY EQUIPMENT Co. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. H. D. Driscoll* and *H. Russell*

*Bishop* for petitioner. *Mr. Arthur D. Welton, Jr.* for respondent.